No. 190. ARMSTRONG ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Donald S. Dawson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 192. SOMERSET MACHINE & TOOL CO. v. UNITED STATES. Court of Claims. Certiorari denied. *Hugh M. Matchett* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 221. PHILCO CORPORATION v. UNITED STATES. Court of Claims. Certiorari denied. *Henry B. Weaver, Jr.* and *Thomas M. Cooley II* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Joseph Kovner* for the United States.

No. 231. KANSAS CITY SOUTHERN RAILWAY CO. v. ARKANSAS COMMERCE COMMISSION ET AL. Supreme Court of Arkansas. Certiorari denied. *Joseph R. Brown* and *William E. Davis* for petitioner. *Harry E. McDermott, Jr.* for respondents.

No. 243. ROBERTS v. ROBERTS ET AL. Supreme Court of Montana. Certiorari denied. *H. Cleveland Hall* for petitioner. *Julius J. Wuerthner* for respondents.

No. 198. BLACKFORD, TRUSTEE IN BANKRUPTCY, v. COMMERCIAL CREDIT CORP. C. A. 5th Cir. Certiorari denied. *Francis H. Hare* for petitioner. *Benjamin Leader, Berthold Muecke, Jr.* and *J. Francis Ireton* for respondent.